■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN WHITE, Appellant. (Appeal No. 1.) [885 NYS2d 671]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered December 6, 2005. The judgment convicted defendant, upon a jury verdict, of robbery in the second degree and petit larceny.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: In these consolidated appeals, defendant appeals from judgments convicting him following a jury trial of, inter alia, four counts of robbery in the second degree (Penal Law § 160.10 [1]). Contrary to the contention of defendant, Supreme Court properly denied his request for substitution of counsel inasmuch as he failed to demonstrate the requisite good cause for substitution (*see People v Linares*, 2 NY3d 507, 510-512 [2004]; *see generally People v Sides*, 75 NY2d 822, 824 [1990]). There is no merit to defendant's contention that the court applied an incorrect standard in determining whether there was good cause for substitution (*see generally People v Medina*, 44 NY2d 199, 207-209 [1978]). Also contrary to defendant's contention, the sentence imposed in each appeal is not unduly harsh or severe. Present—Smith, J.P., Centra, Fahey, Carni and Pine, JJ.